UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF ~~NEW YORK~~ / Connecticut / Hartford

Martin Cohen, pro se

MAR 30 2026 AM 11:37
FILED-USDC-CT-HARTFORD

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Hartford Casualty Insurance Co.
aka Hartford Insurance Group, Inc.

Jury Trial: ☑ Yes    ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

### I.    Parties in this complaint:

A.    List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff          Name      Martin Cohen, pro se
                   Street Address    1 Shore Avenue #464
                   County, City    Nassau Co, Oyster Bay
                   State & Zip Code    New York  11771
                   Telephone Number    (516) 361-7692

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    Hartford Casualty Insurance Co
                   aka  Hartford Insurance Group, Inc.
                   Street Address    One Hartford Plaza
                   Hartford, Conn.
                   06155

*Rev. 05/2010*

|                 |                    |
|-----------------|--------------------|
|                 | County, City _____ |
|                 | State & Zip Code _____ |
|                 | Telephone Number _____ |

Defendant  No. 2    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 3    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28
U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions          ☑ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
is at issue? _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___New York_____

Defendant(s) state(s) of citizenship ___Connecticut_____

_____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _An insurance policy was issued in Connecticut by the Hartford._

B.    What date and approximate time did the events giving rise to your claim(s) occur? _Ongoing since 2007 to present_

C.    Facts: _See attached._

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received._No physical injuries._

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want the court to issue a declaratory judgment that I am a named party (by class).

I want the Insurance Company to provide me with an attorney, or ~~find~~ funds to hire my own attorney.

I want restitution for out-of-pocket expenses for attorney fees already paid by me, plus travel expenses

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of March , 20 26

Signature of Plaintiff    Mark Cohen

Mailing Address    1 Shore Ave. #464
Oyster Bay, NY
11771

Telephone Number    (516) 364-7632

Fax Number *(if you have one)* _____

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____ , 20___ , I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*

*Cohen v. Hartford Casualty Insurance Co.*, Index No.

MAR 30 2026 AM 11:38
FILED-USDC-CT-HARTFORD

## COMPLAINT

My name is Martin Cohen. I have been a university professor and college administrator for nearly all of my professonal career. My academic disciplines include accounting, economics, business, management, and law. I am not a practicing attorney. I am currently retired.

I am commencing this action for specific performance under a Hartford NY Educators insurance policy, **Exhibit A**. I am requesting coverage of an attorney since I have been involved as a nominal defendant in litigation involving Five Towns College (the "College"), Five Towns College Real Property Trust (the "Trust"), and related entities since it was commenced.

There are at least three cases where I have been involved, but there could be more. Copies of the case captions are attached. **Exhibit B.** These cases have suddenly become active, and I cannot afford an attorney otherwise.

There have already been two court decisions in these matters involving the removal of Stanley Cohen, the sole Trustee of the Trust which was commenced in 2007 (Accounting by Stanley Cohen, NYS Surrogate's Court, Riverhead, NY, No. 13 MS 2008/A). **Exhibit C.** The other was the removal of Stanley Cohen, as the President of the College (Cohen v. Cohen, Suffolk Supreme Court, Riverhead, NY ) commenced in 2010. **Exhibit D.**

In the alternative, I am requesting to be reimbursed for my out-of-pocket legal costs of hiring my own attorney. I have incurred roughly $400,000.000 in attorneys fees, a sample of these billings are attached. **Exhibit E.**

**For all the foregoing reasons,** I respectfully ask this court, as a court of equity, as well as law, for an order directing the Hartford Casualty Insurance Company to either provide me with competent counsel in the matter cited above, or for restitution in the amount of $400,000.00 for reimbursement of attorney's fees already expended out of pocket, plus interest.

In addition, my only source of income is a modest monthly social security check of roughly $2,400.00. It is a hardship for me to commence and maintain this action since it is a three-hour bus and rail trip each way to the courthouse from my home. Therefore, I also ask the court to award me a small stipend of about $80 for each trip, or the actual cost of roundtrip transportation, to and from court in this case.

Respectfully Submitted,

Martin L. Cohen, pro se
1 Shore Avenue #464
Oyster Bay, NY 11771
Tel. (516) 364-7632
onlineprof27@gmail.com
*plaintiff*